UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : (JUDGE MANNION) |
| | : |
| WALTER KENNETH PARFAITE, | : |
| Defendant | : NO. 3:21-CR-00056 |

**************************************************************************

## **DEFENDANT'S MOTION FOR CHANGE OF COURT-APPOINTED COUNSEL**

Defendant, WALTER KENNETH PARFAITE, by his court-appointed counsel, Carl J. Poveromo, hereby moves for a change of court-appointed counsel and represents the following:

1. On March 3, 2021, a grand jury returned a seven-count Indictment against Defendant, Walter Kenneth Parfaite, and Co-Defendant, Matthew Luce.  Count 1 charges the Defendant with conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture containing methamphetamine, and 100 grams or more of a mixture containing heroin, in violation of Title 21, United States Code, Section 846.  Count 6 charges Defendant with possession with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 841(a)(1).  Count 7 charges Defendant with possession with intent to distribute heroin in violation of Title 21, United States Code, Section 841(a)(1).  The Indictment also contains a forfeiture allegation.

2. On or about March 12, 2021, U.S. Magistrate Judge Karoline Mehalchick appointed the undersigned member of the Criminal Justice Act (CJA) Panel to represent the Defendant.

3.      Both the Defendant and counsel believe there is an irreconcilable personality conflict and an irreconcilable conflict and difference of opinion in the way this case has been litigated and should be litigated from hereon.  The lawyer-client privilege prohibits counsel from disclosing the specific areas of conflict, but counsel hereby represents that the conflict is irreconcilable and substantial.

4.      As a result of this irreconcilable and substantial conflict, the undersigned is unable to effectively represent the Defendant.

5.      Because of this irreconcilable and substantial conflict, counsel seeks to withdraw from his representation, and Defendant moves to have new counsel appointed.

6.      Because Defendant and the government have filed various pretrial motions and motions in limine, and trial cannot take place until the Court decides these motions, a substitution of counsel can be effected without any adverse impact on the proceedings.

7.      As set forth in the attached Certificate of Concurrence, counsel for the government, James Buchanan, has been consulted and has taken no position with respect to the relief requested in the instant motion.

WHEREFORE, for each of the foregoing reasons, it is respectfully requested the undersigned be granted leave of court to withdraw as counsel for Defendant and that new counsel be appointed to represent Defendant's interests in this action.

Respectfully submitted,
RINALDI & POVEROMO, P.C.

BY: s/Carl J. Poveromo
     Carl J. Poveromo, Esquire
     CJA Court-Appointed Counsel for
     Defendant, Walter Kenneth Parfaite