# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WALTER KENNETH PARFAITE,**<br><br>**Defendant.** | 3:21-CR-00056-2-MEM<br><br>ORDER APPOINTING COUNSEL |

      The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

      IT IS ORDERED that James J. Scanlon is hereby appointed to represent Defendant, Walter Kenneth Parfaite.

      DATED this 18th day of November, 2021.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge