UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:CR-21-56 |
| WALTER KENNETH PARFAITE, | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: Defendant Parfaite's 18 omnibus pre-trial discovery motions, **(Doc. 34)**, are **GRANTED IN PART** and **DENIED IN PART DENIED**, as specified in the Memorandum issued this day. The court **DEFERS** ruling on Parfaite's motion *in limine* to preclude the government from introducing into evidence the photographs officers took at the Paramount Motel until the time of trial. The court **DISMISSES AS MOOT** Parfaite's motion to suppress Luce's recorded statements.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 21, 2022**
21-56-02-Order