AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
M.D. of PA

United States of America )
v. ) Case No. 3:21-CR-5602
Walter Puff, M )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/31/22

_____
Defendant's signature

_____
Signature of defendant's attorney

James J. Scanlin
Printed name of defendant's attorney

_____
Judge's signature

MALACHY E. MANNION   USDJ
Judge's printed name and title