UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

       v.              :         3:CR-21-056-02

WALTER KENNETH PARFAITE :

      Defendant   :

PLEA

Now, this 31st Day of March, 2022, the within named Defendant, Walter Kenneth Parfaite having been arraigned in open Court, hereby pleads _____GUILTY_____ to the within Superseding Information.

_____
Defendant