CLERK OF COURTS     c/c     4/10/22

MY NAME IS WALTER PARFAITE AND I'M WRITING TO REQUEST A UPDATED COPY OF MINE & MY CODEFENDANTS DOCKET SHEET FOR CASE NO: 3:21-CR-00056

THANK YOU

WALTER PARFAITE

FILED
SCRANTON
APR 18 2022
PER _____
DEPUTY CLERK

Name: WALTER PARFAIT
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

CLERK OF COURT
235 N. WASHINGTON AVE
SCRANTON, PA 18501

18501-500199

LEHIGH VALLEY PA 180
14 APR 2022 PM 2 L

RECEIVED
SCRANTON
APR 18 2022
PER _____ DEPUTY CLERK

