Clerk          c/c          4/16/22

MY NAME IS WALTER PARFAITE AND THIS LETTER IS IN REGARD TO DOCKET 3:21-CR-0056 CAN YOU PLEASE SEND ME A COPY OF THE MONROE COUNTY DA'S OFFICE REPORT THAT WAS DISCLOSED ON 11/05/21 BUT I HAVE YET TO SEE THIS DOCUMENT AND WOULD LIKE A COPY I HAVE ASKED ATTORNEY SCALON FOR THIS INFORMATION MANY TIMES OVER THE LAST (6) SIX WEEKS AND HAVE NOT YET ~~~~ GOT IT, WILL YOU PLEASE SEND ME THIS DOCUMENT

THANK YOU

WALTER K PARFAITE

FILED
SCRANTON
APR 22 2022
PER _____
DEPUTY CLERK

Name: WALTER RAFFATE
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
20 APR 2022 PM 2 L

Clerk of Courts
235 North Washington Ave.
Scranton, PA 18501

18501-500199

RECEIVED
SCRANTON
APR 22 2022
PER _____ DEPUTY CLERK
CONTINENTAL CORRECTIONS FACILITY