

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 914
SCRANTON, PA 18501-0914

**MALACHY E. MANNION**
UNITED STATES DISTRICT JUDGE

WWW.PAMD.USCOURTS.GOV
JUDGE.MANNION@PAMD.USCOURTS.GOV

(570) 207-5760
(570) 207-5769 [FAX]

April 27, 2022

Mr. Walter K. Parfaite
Lackawanna County Prison
1371 N. Washington Avenue
Scranton, PA 18509

RE: CR-21-056

Mr. Parfaite,

    I have received your letter filed April 22, 2022 (Doc. 85). The court does not receive copies of discovery in a criminal case. Therefore, we would not have a copy to forward to you.

Very truly yours,

Malachy E. Mannion
United States District Judge

Letters/Prisoner/Parfaite